UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In re: LeVONDA HARRIS, | ) | No. 24-9371 |
| | ) | |
| Debtor. | ) | Chapter 7 |
| LeVONDA HARRIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | Judge Cox |
| v. | ) | |
| | ) | No. 24-314 |
| UNITED STATES DEPARTMENT OF EDUCATION, | ) ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Federal Rule of Bankruptcy Procedure 41, the parties stipulate to the dismissal of the above captioned adversary proceeding.

Respectfully submitted,

ANDREW S. BOUTROS
United States Attorney

By: s/ David H. DeCelles
    DAVID H. DeCELLES
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 353-4220
    david.decelles@usdoj.gov

STUART L. SWANSON
Cutler & Associates, Ltd.
4131 Main St.
Skokie, Illinois 60076
(847) 403-8827
stuart@cutlerltd.com
*Attorney for LeVonda Harris*